**LORI HARPER SUEK**
Assistant United States Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone:      (406) 657-6101
FAX:        (406) 657-6058
Email:      Lori.Suek@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JESUS YEIZON DENIZ MENDOZA, Defendant. | MJ-15-60-BLG-CSO UNOPPOSED MOTION TO RE-SET PRELIMINARY HEARING |
|---|---|

The United States of America, represented by Lori Harper Suek, Assistant United States Attorney for the District of Montana, respectfully requests that the Court reset the preliminary hearing currently scheduled for August 5, 2015.

1

The reason for this request is that counsel for the United States is out of town on August 5, 2015, for a previously scheduled court commitment. Counsel for Mr. Deniz Mendoza is unavailable on August 6, 2015. Consequently, the United States and the defendant request a date on August 7, 2015, or a date thereafter to be set at the Court's convenience. The hearing must be held on or before August 14, 2015. *See* Fed. R. Crim. P. 5.1(c).

Counsel for defendant, Steve Babcock has been contacted and has no objection to the continuance.

DATED this 31st day of July, 2015.

                               MICHAEL W. COTTER
                               United States Attorney

                               *s/ Lori Harper Suek*
                               LORI HARPER SUEK
                               Assistant U.S. Attorney